# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Senior Judge John L. Kane

| | |
|---|---|
| Date: July 2, 2025 | Courtroom Deputy: Bernique Abiakam |
| Probation Officer: Chris Woodiel | Court Reporter: Kevin Carlin |
| Interpreter: Ellen Klaver | |
| Criminal Action No.: 25-cr-00114-JLK-1 | |

<u>Parties:</u>

<u>Counsel:</u>

UNITED STATES OF AMERICA,   Elizabeth E. Puskar

    Plaintiff,

v.

1. JOEL GONZALEZ-GONZALEZ,   Kilie A. Latendresse

    Defendant.

## CHANGE OF PLEA / IMMEDIATE SENTENCING MINUTES

**10:40 a.m.** **Court in session**.

Court calls case.   Appearances of Counsel.   Defendant present in custody.

Interpreter sworn.

Preliminary remarks by the Court.

Defendant sworn and answers questions asked by the Court.

**EXHIBITS:** Court Exhibit 1 - Plea Agreement; Court Exhibit 1a – Spanish Translation Plea Agreement; Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty; Court Exhibit 2a.

Waiver of Indictment executed; Felony Information filed.

Defendant advised of the maximum penalties.

Defendant's right to trial and other constitutional rights are explained.

Defendant is re-arraigned.

Defendant pleads guilty to Count One of the Information.

The Court **accept**s the plea of guilty.

11:05 a.m.   Statements by the Government, and Defense Counsel regarding sentencing.

Defendant declined to make a statement.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**

Defendant is sentenced to Count One of the Information to a term of imprisonment of **7 days**, **with credit for the 7 days of time already served**.

**SUPERVISED RELEASE:**
Upon release from imprisonment, no period of Supervised Release shall be imposed.

**FINE:**
No fine is imposed because the Defendant has no ability to pay a fine

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 25.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:   Defendant is remanded to the custody of the United States Marshal for the District of Colorado, for IMMEDIATE RELEASE.**

**11:24 a.m.   Court in recess.**
**Hearing concluded**.
Total in-court time: 44 minutes.